**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 20, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00129-CV

---

### IN RE ODIS STYERS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Austin County, Texas**
**Trial Court Cause No. 2023L-8325**

---

## MEMORANDUM OPINION

On February 20, 2024, relator Odis Styers filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daniel Leedy, presiding judge of the County Court at Law of Austin County, to vacate the

trial court's July 13, 2023 and November 2, 2023 temporary orders and to dismiss Grandmother's petition.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.